JOHN J. MENCHACA
835 Wilshire Blvd., Suite 300
Los Angeles, CA  90017
Telephone (213) 683-3317
Facsimile (213) 683-1883
Email: jmenchaca@menchacacpa.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re | Chapter 7 |
|---|---|
| EVERGREEN REALTY GROUP, LLC | Case No: 2:14-BK-26143 ER |
| Debtor | **NOTICE OF UNCLAIMED FUNDS** |

**NOTICE OF UNCLAIMED FUNDS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Please find attached hereto check(s) No. 154 in the sum of $ 4,613.56 representing the total amount of unclaimed dividend(s) in the above-entitled estate which will create a zero balance in the bank account.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name(s) and address(es) of the claimants entitled to said unclaimed dividend(s) is (are) as follows:

| Claim No | Name & Address of Claimant | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|
| 14 | Trust Dated June 14, 2004 c/o LESLIE SCHWAEBE AKINS, ALC<br>5927 Balfour Court, Suite 114<br>Carlsbad, CA 92008 | $205,320.00 | $256.43 |

1

| | | | | |
|---|---|---|---|---|
| 19 | Dated March 30, 1987 c/o LESLIE SCHWAEBE AKINS, ALC | | $601,800.00 | $751.61 |
| | 5927 Balfour Court, Suite 114 | | | |
| | Carlsbad, CA 92008 | | | |
| 23 | Kenneth L. Hackman c/o LESLIE SCHWAEBE AKINS ALC | | $752.250.00 | $939.51 |
| | 5927 Balfour Court, Suite 114 | | | |
| | Carlsbad, CA 92008 | | | |
| 27 | David Lawrence Rosenblatt c/o LESLIE SCHWAEBE AKINS, ALC | | $657,250.00 | $820.88 |
| | 5927 Balfour Court, Suite 114 | | | |
| | Carlsbad, CA 92008 | | | |
| 28 | Patricia Hughes c/o LESLIE SCHWAEBE AKINS, ALC | | $382,320.00 | $477.49 |
| | 5927 Balfour Court, Suite 114 | | | |
| | Carlsbad, CA 92008 | | | |
| 30 | Jane Mercaldi c/o LESLIE SCHWAEBE AKINS, ALC | | $545,160.00 | $680.87 |
| | 5927 Balfour Court, Suite 114 | | | |
| | Carlsbad, CA 92008 | | | |
| 32 | Alvin J. Meyers c/o LESLIE SCHWAEBE AKINS, ALC | | $549,880.00 | $686.77 |
| | 5927 Balfour Court, Suite 114 | | | |
| | Carlsbad, CA 92008 | | | |

Date: November 29, 2017      /s/ JOHN J. MENCHACA
                              Chapter 7 Trustee