**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

| | | |
|---|---|---|
| In re: EVERGREEN REALTY GROUP, LLC | § | Case No. 2:14-bk-26143-ER |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John J. Menchaca, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $425,100.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $89,776.06 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $62,723.94 | |

3) Total gross receipts of $152,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $152,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $62,723.94 | $62,723.94 | $62,723.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $2,469.98 | $35,586.49 | $35,586.49 | $35,586.49 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,606,606.07 | $43,673,338.79 | $43,673,338.79 | $54,189.57 |
| **TOTAL DISBURSEMENTS** | $3,609,076.05 | $43,771,649.22 | $43,771,649.22 | $152,500.00 |

4) This case was originally filed under chapter 7 on 08/21/2014.  The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    12/11/2017                    By: /s/ John J. Menchaca
                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LIQUIDATED DEBTS OWING DEBTOR | 1129-000 | $150,000.00 |
| 2014 STATE OF CALIFORNIA TAX REFUND | 1224-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$152,500.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John J. Menchaca | 2100-000 | NA | $10,875.00 | $10,875.00 | $10,875.00 |
| Trustee, Expenses - JOHN J. MENCHACA, TRUSTEE | 2200-000 | NA | $168.32 | $168.32 | $168.32 |
| Bond Payments - BOND | 2300-000 | NA | $90.30 | $90.30 | $90.30 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $99.24 | $99.24 | $99.24 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $4,858.94 | $4,858.94 | $4,858.94 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $7,035.00 | $7,035.00 | $7,035.00 |
| Other Chapter 7 Administrative Expenses - Franchise Tax Board | 2990-000 | NA | $800.00 | $800.00 | $800.00 |
| Attorney for Trustee Fees (Other Firm) - SULMEYER KUPETZ A PROFESSIONAL CORPORATION | 3210-000 | NA | $29,848.00 | $29,848.00 | $29,848.00 |
| Attorney for Trustee Expenses (Other Firm)  - SULMEYER KUPETZ A PROFESSIONAL CORPORATION | 3220-000 | NA | $905.81 | $905.81 | $905.81 |
| Accountant for Trustee Fees (Other Firm) - LEA ACCOUNTANCY, LLP | 3410-000 | NA | $7,969.00 | $7,969.00 | $7,969.00 |
| Accountant for Trustee Expenses (Other Firm) - LEA ACCOUNTANCY, LLP | 3420-000 | NA | $74.33 | $74.33 | $74.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$62,723.94** | **$62,723.94** | **$62,723.94** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | State of Alabanna Department of Revenue Legal Division | 5800-000 | NA | $132.04 | $132.04 | $132.04 |
| 3P | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $124.69 | $124.69 | $124.69 |
| 7P | Virginia Department of Taxation | 5800-000 | $2,469.98 | $115.00 | $115.00 | $115.00 |
| 39P | Comptroller of Public Accounts C/O Office of the Attorney General | 5800-000 | NA | $4,271.71 | $4,271.71 | $4,271.71 |
| 40 | Ohio Bureau of Workers' Compensation | 5800-000 | NA | $30,943.05 | $30,943.05 | $30,943.05 |
| N/F | Employment Development Department | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$2,469.98** | **$35,586.49** | **$35,586.49** | **$35,586.49** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UNITED STATES BANKRUPTCY COURT | 7100-000 | NA | $8.77 | $8.77 | $8.77 |
| | UNITED STATES BANKRUPTCY COURT | 7100-001 | NA | $4,613.56 | $4,613.56 | $4,613.56 |
| 1 | Internal Revenue Service | 7100-000 | $0.00 | $10,479.32 | $10,479.32 | $13.09 |
| 2U | State of Alabanna Department of Revenue Legal Division | 7100-000 | NA | $75.00 | $75.00 | $0.00 |
| 3U | FRANCHISE TAX BOARD | 7100-000 | NA | $2,063.25 | $2,063.25 | $0.00 |
| 4 | Dell Financial Services, LLC Resurgent Capital Services | 7100-000 | NA | $17,844.09 | $17,844.09 | $22.29 |
| 5 | Wells Fargo Bank, N.A. Business Direct Division | 7100-000 | NA | $2,478.32 | $2,478.32 | $0.00 |
| 6 | Hirschler Fleischman | 7100-000 | $225,000.00 | $109,205.06 | $109,205.06 | $136.39 |
| 7U | Virginia Department of Taxation | 7100-000 | NA | $2,400.00 | $2,400.00 | $0.00 |
| 8 | Everest Financial, Inc. | 7100-000 | $0.00 | $1,281,839.87 | $1,281,839.87 | $1,600.94 |
| 9 | Cynthia M. Gudde c/o Daniel L. Germain Rosman & Germain LLP | 7100-000 | $474,139.00 | $476,241.00 | $476,241.00 | $594.80 |
| 10 | The Campbell Family Trust Dated March 13, 1996 c/o Leslie Schwaebe Akins, ALC | 7100-000 | NA | $571,120.00 | $571,120.00 | $713.29 |
| 11 | James Driscoll c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $389,400.00 | $389,400.00 | $486.34 |

| 12 | The Robert R. Avis Trust Dated May 9, 1991 c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $284,380.00 | $284,380.00 | $355.17 |
|----|---|---|---|---|---|---|
| 13 | The Lui Trust Dated September 27, 1994 c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $554,600.00 | $554,600.00 | $692.66 |
| 14 | The John W. Bethea and Margaret C. Bethea | 7100-000 | NA | $205,320.00 | $205,320.00 | $0.00 |
| 15 | Dinosaur Petroleum, a California Corporation c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $273,760.00 | $273,760.00 | $341.91 |
| 16 | The Ben and Diane Newlander Family Trust | 7100-000 | NA | $363,440.00 | $363,440.00 | $453.91 |
| 17 | The Miller 1998 Revocable Trust Originally Dated | 7100-000 | NA | $298,540.00 | $298,540.00 | $372.86 |
| 18 | Mark Lafayette c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $300,900.00 | $300,900.00 | $375.81 |
| 19 | Fred S. Beaton Revocable Trust | 7100-000 | NA | $601,800.00 | $601,800.00 | $0.00 |
| 20 | The Field Family Trust Dated March 11, 1993 c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $802,400.00 | $802,400.00 | $1,002.15 |
| 21 | William S. Renner c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $200,010.00 | $200,010.00 | $249.80 |
| 22 | Julie A. Renner c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $200,010.00 | $200,010.00 | $249.80 |
| 23 | Kenneth L. Hackman c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $752,250.00 | $752,250.00 | $0.00 |

| 24 | Michael Meizlisch c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $377,600.00 | $377,600.00 | $471.60 |
| 25 | Neighborhood Development Corporation, a Washington Corporation c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $749,300.00 | $749,300.00 | $935.83 |
| 26 | The Gary Rosenblatt 2006 Trust, | 7100-000 | NA | $590,000.00 | $590,000.00 | $736.87 |
| 27 | David Lawrence Rosenblatt c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $657,260.00 | $657,260.00 | $0.00 |
| 28 | Patricia Hughes c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $382,320.00 | $382,320.00 | $0.00 |
| 29 | Chung Hun Song and Soonja Song c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $315,060.00 | $315,060.00 | $393.49 |
| 30 | Jane Mercaldi c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $545,160.00 | $545,160.00 | $0.00 |
| 31 | BAK Farms, Ltd., an Iowa Corporation c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $129,800.00 | $129,800.00 | $162.11 |
| 32 | Alvin J. Meyers c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $549,880.00 | $549,880.00 | $0.00 |
| 33 | Ken Wang c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $100,300.00 | $100,300.00 | $125.27 |
| 34 | Gosselin Plaza, Inc. a New Hampshire Corporation c/o LESLIE SCHWAEBE AKINS, ALC | 7100-000 | NA | $633,660.00 | $633,660.00 | $791.40 |
| 35 | AMERICAN SPECTRUM REALTY, INC. c/o Barry, Gardner & Kincannon, APC | 7100-000 | NA | $14,285,615.20 | $14,285,615.20 | $17,841.86 |

| 36 | AMERICAN SPECTRUM REALTY MANAGEMENT, LLC c/o Barry, Gardner & Kincannon, APC | 7100-000 | NA | $16,371,988.12 | $16,371,988.12 | $20,447.60 |
| 37 | MacWest Sunrise, LLC | 7200-000 | $0.00 | $65,984.59 | $65,984.59 | $0.00 |
| 38 | Evergreen Realty Advisors, Inc. | 7200-000 | $100,000.00 | $213,682.64 | $213,682.64 | $0.00 |
| 39U | Comptroller of Public Accounts C/O Office of the Attorney General | 7200-000 | NA | $550.00 | $550.00 | $0.00 |
| 41 | Ohio Bureau of Workers' Compensation | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Arbors Mezz | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living Acquisitions, LLC, clo Luke McCarthy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 1, LLC do RPL Enterprises | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 10, LLC c/o Harvard Business Servic | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 11, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 13, LLC cto Michelle J. Mathewson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 14, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 15, LLC cto Karl Hagemann | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 16, LLC c/o Alvin & Karen Johnson Q | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 17, LLC | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Arbors Senior Living TIC 18, LLC c/o The Geraghty Family Tru | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 2, LLC c/o Monica Silberstein | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 4, LLC clo August and Linda Hagerma | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 5, LLC do Tobie & Mary Yoder | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 6, LLC c/o Jane G. Walsh, Trustee f | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 7, LLC c/o Wagner Family Trust | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living TIC 9, LLC c/o | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbors Senior Living, TIC 3 LLC c/o Stephen R Warner Revocab | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bobby Samini | 7100-000 | NA | NA | NA | NA |
| N/F | Brian Rix | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bruce A. Hatkoff, a law corporation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Campus Lodge | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Carl Willgeroth | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Carlos Pedra | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Casa Banderas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cindi Langendoen | 7100-000 | $40,000.00 | NA | NA | NA |
| N/F | College Park Investors | 7100-000 | $0.00 | NA | NA | NA |

| N/F | College Park TIC 1, LLC c/o Leslie Schwaebe Akins | 7100-000 | NA | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Cynthia M. Gudde c/o Daniel Germain-Rosman & | 7100-000 | NA | NA | NA | NA |
| N/F | DHS Storage, LLC c/o New West Realty, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | De Lage Landen (Copy R) | 7100-000 | $13,655.69 | NA | NA | NA |
| N/F | Dell Business Credit Dell Financial Services LLC | 7100-000 | $17,813.83 | NA | NA | NA |
| N/F | Everest Realty Management, LLC c/o Luan K. Phan | 7100-000 | $1,128,806.43 | NA | NA | NA |
| N/F | Evergreen Income and Growth Fund REIT | 7100-000 | NA | NA | NA | NA |
| N/F | Evergreen Realty REIT, LP clo American Spectrum Realty | 7100-000 | NA | NA | NA | NA |
| N/F | Faye Bundesen | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Foulston Siefkin, LLP (Essex) Shannon Wead | 7100-000 | $11,305.44 | NA | NA | NA |
| N/F | Gary Langendoen | 7100-000 | $898,884.68 | NA | NA | NA |
| N/F | Goodman & Nekwasil PA | 7100-000 | NA | NA | NA | NA |
| N/F | Greenburg Traurig, LLP | 7100-000 | $375,000.00 | NA | NA | NA |
| N/F | Greg McAndrews c/o Phillip D. Collins | 7100-000 | $200,000.00 | NA | NA | NA |
| N/F | Howard Stone | 7100-000 | $0.00 | NA | NA | NA |
| N/F | J.P. Turner Co. LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jean Ray McCown | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John Beckman | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|-----|--------------------------------------------------|----------|-------------|----|----|----|
| N/F | Kenneth Bell c/o Goodman & Nekvasil, PA | 7100-000 | NA | NA | NA | NA |
| N/F | Kevin B. Yee | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kevin E. Pascoe | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LKP Global Law LLP Luan K. Phan & Victor T. Fu | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Leroy Brandt | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Linda Morrison Tressler, LLP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Luke McCarthy | 7100-000 | NA | NA | NA | NA |
| N/F | Michael Matkins Allen Matkins | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michael Palmer c/o New West Realty Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Miller Stratvert, (Fireman's Fund | 7100-000 | $675.72 | NA | NA | NA |
| N/F | Mitrani, Rynor, Adamski & Toland, PA | 7100-000 | $75,000.00 | NA | NA | NA |
| N/F | Mr. & Mrs. Brandt | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mr. & Mrs. Daniel Tocchini | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mr. & Mrs. Donald Eagan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mr. & Mrs. Hirasawa | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Paul Murphy Murphy Rosen LLP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Peter V. Domenici, Jr. Domenici Law Firm PC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Real Property Systems Midwest Inc. c/o New West Realty, Inc. | 7100-000 | NA | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Real Property Systems, Inc. c/o New West Realty, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Robert Burke | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Robert L. Burgin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rochelle Mae Yee | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Saddington Shusko, LLP | 7100-000 | $14,975.00 | NA | NA | NA |
| N/F | Stephen Romine clo Jeffrey Bases, Esq. | 7100-000 | $17,162.50 | NA | NA | NA |
| N/F | Tom Pace | 7100-000 | $14,187.78 | NA | NA | NA |
| N/F | Tracy Thomson | 7100-000 | NA | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$3,606,606.07** | **$43,673,338.79** | **$43,673,338.79** | **$54,189.57** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 2:14-bk-26143-ER

**Case Name:** EVERGREEN REALTY GROUP, LLC

**For Period Ending:** 12/11/2017

**Trustee Name:** (007950) John J. Menchaca

**Date Filed (f) or Converted (c):** 08/21/2014 (f)

**§ 341(a) Meeting Date:** 10/03/2014

**Claims Bar Date:** 12/08/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | STOCK AND BUSINESS INTERESTS<br>100% Interest in Evergreen Realty Property Management, LLC | 100.00 | 0.00 | | 0.00 | FA |
| 2 | STOCK AND BUSINESS INTERESTS<br>100% interest in Arbors Senior Living Mezz, LLC and Arbors Assisted Living Acquisitions | 425,000.00 | 0.00 | | 0.00 | FA |
| 3 | STOCK AND BUSINESS INTERESTS<br>100% interest in Central Florida Self Storage Acquisitions, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 4 | LIQUIDATED DEBTS OWING DEBTOR<br>Breach of Contract Claim against American Spectrum Realty, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 5 | LIQUIDATED DEBTS OWING DEBTOR<br>Derivative action for benefit of Debtor (nominal defendant), Willgeroth v. McCarthy and consolidated claims, Los Angeles Superior Court Case No. GC047413 | Unknown | 150,000.00 | | 150,000.00 | FA |
| 6 | LIQUIDATED DEBTS OWING DEBTOR<br>Claims for breach of fiduciary duty, breach of contract, intentional interference of contractual relations and related claimsagains Carl Willgeroth | Unknown | 0.00 | | 0.00 | FA |
| 7 | LIQUIDATED DEBTS OWING DEBTOR<br>Claims for declaratiory relief, intentional interference of contractual relations, abuse of process, civil contractual relations, abuse of process, civil conspiracy, unfair competition, and related claims against Everest Financial, Inc., Everest Properties, Inc., and Everest Realty Management, LLC | Unknown | 0.00 | | 0.00 | FA |
| 8 | 2014 STATE OF CALIFORNIA TAX REFUND (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 8 | **Assets**     **Totals**     (Excluding unknown values) | **$425,100.00** | **$152,500.00** | | **$152,500.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  2

Case No.:    2:14-bk-26143-ER

Case Name:    EVERGREEN REALTY GROUP, LLC

For Period Ending:    12/11/2017

Trustee Name:    (007950) John J. Menchaca

Date Filed (f) or Converted (c):   08/21/2014 (f)

§ 341(a) Meeting Date:    10/03/2014

Claims Bar Date:   12/08/2014

**Major Activities Affecting Case Closing:**

REPORTING PERIOD APRIL 1, 2017 - MARCH 31, 2018

Order On Final Fee Applications Allowing Payment Of: (1) Court And U.S. Trustee Fees; And (2) Final Fees And Expenses Of Trustee And Professionals (Entered: 07/17/2017)

REPORTING PERIOD APRIL 1, 2016 - MARCH 31, 2017

05/04/2017 - All issues with the FTB has been resolved. Trustee will proceed with the filing of the TFR.

The estate's tax returns were prepared in filed with the FTB and IRS on January 23, 2017. However, an issue aroused with the FTB. The return and payment got posted to the wrong account at the FTB.  The Trustee will proceed with the TFR once all issues have been resolved with the FTB.

REPORT PERIOD APRIL 1, 2015 - MARCH 31, 2016

On March 22, 2016, an application to employ LEA Accountancy was filed with the Court. They will be prepare the estate's tax returns. Once the tax returns are prepared and filed the Trustee will commence with the closing of the case.

PROOF OF CLAIMS:
Claims bar date expired on December 8, 2014; Governmental claims bar date expired on February 17, 2015. Trustee has reviewed the claims filed against the estate and determined that objections are not necessary.

REPORT PERIOD APRIL 1, 2014 - MARCH 31, 2015

Trustee is investigating two potential assets of the estate.  The first is the transfer of approximately $400,000 that was made out of escrow to a third party, that the debtor has asserted should have been paid to the debtor.  Trustee has not yet seen evidence that this amount should have been paid to the debtor, but have subpoenaed records from the title company and will review them.

Trustee investigated this  cause of action and believe to be meritless.  One of the defendants in that hypothetical action, American Spectrum, is in bankruptcy, which would make the escrow company the only defendant with real money behind it.  However, there and no facts to support a claim of negligence against the escrow company

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  3

**Case No.:**   2:14-bk-26143-ER

**Case Name:**   EVERGREEN REALTY GROUP, LLC

**For Period Ending:**   12/11/2017

**Trustee Name:**   (007950) John J. Menchaca

**Date Filed (f) or Converted (c):**   08/21/2014 (f)

**§ 341(a) Meeting Date:**   10/03/2014

**Claims Bar Date:**   12/08/2014

The second asset is the estate's litigation claim against Luke McCarthy.  Trustee has filed a motion to sell this claim to Luke McCarthy for $150,000 subject to overbid.  That sale hearing is set for May 19, 2015 at 9:00 a.m.

An Order granting the Motion for Sale of the Property was entered on May 22, 2015.

**Initial Projected Date Of Final Report (TFR):**          06/30/2016

**Current Projected Date Of Final Report (TFR):**          05/05/2017 (Actual)

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-26143-ER | |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC | |
| **Taxpayer ID #:** | **-***4714 | |
| **For Period Ending:** | 12/11/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | John J. Menchaca (007950) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******4266 Checking Account | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/09/2015 | {5} | LUKE McCARTHY | Order Entered May 22, 2015- Approving Chapter 7 Trustee's Motion for Order Authorizing Sale of Litigation Claims | 1129-000 | 10,000.00 | | 10,000.00 |
| 06/09/2015 | {5} | LUKE V. McCARTHY AND LYNN C McCARTHY | Order Entered May 22, 2015- Approving Chapter 7 Trustee's Motion for Order Authorizing Sale of Litigation Claims | 1129-000 | 140,000.00 | | 150,000.00 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.83 | 149,856.17 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.72 | 149,633.45 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.05 | 149,425.40 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 229.27 | 149,196.13 |
| 10/12/2015 | {8} | STATE OF CALIFORNIA | Refund for over payment of the tax year 12/2014 | 1224-000 | 2,500.00 | | 151,696.13 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.63 | 151,479.50 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.61 | 151,268.89 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.35 | 151,029.54 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-26143-ER | |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC | |
| **Taxpayer ID #:** | **-***4714 | |
| **For Period Ending:** | 12/11/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/12/2016 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/04/2016 FOR CASE #:14-BK-26143, Bond #016030867 Term 01/04/2016 - 01/04/2017 - PER LBR 2016-2 | 2300-000 | | 95.65 | 150,933.89 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.42 | 150,724.47 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.99 | 150,515.48 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.52 | 150,277.96 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.37 | 150,069.59 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.08 | 149,861.51 |
| 06/18/2016 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/18/2016 FOR CASE #:2:14-BK-26143, LBR 2016-2 Bond #016030867 Term 01/04/16 to 01/04/17 | 2300-000 | | 3.59 | 149,857.92 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.49 | 149,621.43 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.46 | 149,413.97 |

{} Asset Reference(s)       **UST Form 101-7-TDR ( 10 /1/2010)**                                              ! - transaction has not been cleared

Exhibit 9
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:14-bk-26143-ER |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC |
| **Taxpayer ID #:** | **-***4714 |
| **For Period Ending:** | 12/11/2017 |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 235.75 | 149,178.22 |
| 09/15/2016 | 103 | FRANCHISE TAX BOARD | Tax year 2015 Form 568 | 2820-000 | | 7,035.00 | 142,143.22 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.98 | 141,929.24 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.48 | 141,730.76 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 216.87 | 141,513.89 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 202.98 | 141,310.91 |
| 01/25/2017 | 104 | INTERNATIONAL SURETIES | Term: 01/04/17 to 01/04/18 Bond #016038067 | 2300-000 | | 90.30 | 141,220.61 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 216.76 | 141,003.85 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 189.29 | 140,814.56 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 209.29 | 140,605.27 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 188.75 | 140,416.52 |

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-26143-ER | |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC | |
| **Taxpayer ID #:** | **-***4714 | |
| **For Period Ending:** | 12/11/2017 | |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/2017 | 105 | John J. Menchaca | Distribution payment - Dividend paid at 100.00% of $10,875.00; Claim # FEE; Filed: $10,875.00 Per O.E. 07/17/2017 | 2100-000 | | 10,875.00 | 129,541.52 |
| 07/17/2017 | 106 | SULMEYER KUPETZ A PROFESSIONAL CORPORATION | Distribution payment - Dividend paid at 100.00% of $29,848.00; Claim # ; Filed: $29,848.00 Per O.E. 07/17/2017 | 3210-000 | | 29,848.00 | 99,693.52 |
| 07/17/2017 | 107 | SULMEYER KUPETZ A PROFESSIONAL CORPORATION | Distribution payment - Dividend paid at 100.00% of $905.81; Claim # ; Filed: $905.81 Per O.E. 07/17/2017 | 3220-000 | | 905.81 | 98,787.71 |
| 07/17/2017 | 108 | LEA ACCOUNTANCY, LLP | Distribution payment - Dividend paid at 100.00% of $7,969.00; Claim # ; Filed: $7,969.00 Per O.E. 07/17/2017 | 3410-000 | | 7,969.00 | 90,818.71 |
| 07/17/2017 | 109 | LEA ACCOUNTANCY, LLP | Distribution payment - Dividend paid at 100.00% of $74.33; Claim # ; Filed: $74.33 Per O.E. 07/17/2017 | 3420-000 | | 74.33 | 90,744.38 |
| 07/17/2017 | 110 | JOHN J. MENCHACA, TRUSTEE | Distribution payment - Dividend paid at 100.00% of $168.32; Claim # ; Filed: $168.32 Per O.E. 07/17/2017 | 2200-000 | | 168.32 | 90,576.06 |

Exhibit 9
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:14-bk-26143-ER |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC |
| **Taxpayer ID #:** | **-***4714 |
| **For Period Ending:** | 12/11/2017 |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/2017 | 111 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $800.00; Claim # 42; Filed: $800.00 Per O.E. 07/17/2017 | 2990-000 | | 800.00 | 89,776.06 |
| 07/17/2017 | 112 | State of Alabanna Department of Revenue Legal Division | Distribution payment - Dividend paid at 100.00% of $132.04; Claim # 2P; Filed: $132.04 Per O.E. 07/17/2017 | 5800-000 | | 132.04 | 89,644.02 |
| 07/17/2017 | 113 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $124.69; Claim # 3P; Filed: $124.69 Per O.E. 07/17/2017 | 5800-000 | | 124.69 | 89,519.33 |
| 07/17/2017 | 114 | Virginia Department of Taxation | Distribution payment - Dividend paid at 100.00% of $115.00; Claim # 7P; Filed: $115.00 Per O.E. 07/17/2017 | 5800-000 | | 115.00 | 89,404.33 |
| 07/17/2017 | 115 | Comptroller of Public Accounts C/O Office of the Attorney General | Distribution payment - Dividend paid at 100.00% of $4,271.71; Claim # 39P; Filed: $4,271.71 Per O.E. 07/17/2017 | 5800-000 | | 4,271.71 | 85,132.62 |
| 07/17/2017 | 116 | Ohio Bureau of Workers' Compensation | Distribution payment - Dividend paid at 100.00% of $30,943.05; Claim # 40; Filed: $30,943.05 Per O.E. 07/17/2017 | 5800-000 | | 30,943.05 | 54,189.57 |

Exhibit 9
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-26143-ER | |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC | |
| **Taxpayer ID #:** | **-***4714 | |
| **For Period Ending:** | 12/11/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/2017 | 117 | Internal Revenue Service | Distribution payment - Dividend paid at 0.12% of $10,479.32; Claim # 1; Filed: $10,479.32 Per O.E. 07/17/2017 | 7100-000 | | 13.09 | 54,176.48 |
| 07/17/2017 | 118 | State of Alabanna Department of Revenue Legal Division | Distribution payment - Dividend paid at 0.12% of $75.00; Claim # 2U; Filed: $75.00 Per O.E. 07/17/2017 Voided on 07/20/2017 | 7100-000 | | 0.09 | 54,176.39 |
| 07/17/2017 | 119 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 0.12% of $2,063.25; Claim # 3U; Filed: $2,063.25 Per O.E. 07/17/2017 Voided on 07/20/2017 | 7100-000 | | 2.58 | 54,173.81 |
| 07/17/2017 | 120 | Dell Financial Services, LLC Resurgent Capital Services | Distribution payment - Dividend paid at 0.12% of $17,844.09; Claim # 4; Filed: $17,844.09 Per O.E. 07/17/2017 | 7100-000 | | 22.29 | 54,151.52 |
| 07/17/2017 | 121 | Wells Fargo Bank, N.A. Business Direct Division | Distribution payment - Dividend paid at 0.13% of $2,478.32; Claim # 5; Filed: $2,478.32 Per O.E. 07/17/2017 Voided on 07/20/2017 | 7100-000 | | 3.10 | 54,148.42 |

Exhibit 9
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:14-bk-26143-ER |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC |
| **Taxpayer ID #:** | **-***4714 |
| **For Period Ending:** | 12/11/2017 |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/2017 | 122 | Hirschler Fleischman | Distribution payment - Dividend paid at 0.12% of $109,205.06; Claim # 6; Filed: $109,205.06 Per O.E. 07/17/2017 | 7100-000 | | 136.39 | 54,012.03 |
| 07/17/2017 | 123 | Virginia Department of Taxation | Distribution payment - Dividend paid at 0.12% of $2,400.00; Claim # 7U; Filed: $2,400.00 Per O.E. 07/17/2017 Voided on 07/20/2017 | 7100-000 | | 3.00 | 54,009.03 |
| 07/17/2017 | 124 | Everest Financial, Inc. | Distribution payment - Dividend paid at 0.12% of $1,281,839.87; Claim # 8; Filed: $1,281,839.87 Per O.E. 07/17/2017 | 7100-000 | | 1,600.94 | 52,408.09 |
| 07/17/2017 | 125 | Cynthia M. Gudde c/o Daniel L. Germain Rosman & Germain LLP | Distribution payment - Dividend paid at 0.12% of $476,241.00; Claim # 9; Filed: $476,241.00 Per O.E. 07/17/2017 | 7100-000 | | 594.80 | 51,813.29 |
| 07/17/2017 | 126 | The Campbell Family Trust Dated March 13, 1996 c/o Leslie Schwaebe Akins, ALC | Distribution payment - Dividend paid at 0.12% of $571,120.00; Claim # 10; Filed: $571,120.00 Per O.E. 07/17/2017 | 7100-000 | | 713.29 | 51,100.00 |
| 07/17/2017 | 127 | James Driscoll c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $389,400.00; Claim # 11; Filed: $389,400.00 Per O.E. 07/17/2017 | 7100-000 | | 486.34 | 50,613.66 |

{} Asset Reference(s)  **UST Form 101-7-TDR ( 10 /1/2010)**  *! - transaction has not been cleared*

Exhibit 9
Page: 8

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-26143-ER | |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC | |
| **Taxpayer ID #:** | **-***4714 | |
| **For Period Ending:** | 12/11/2017 | |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/2017 | 128 | The Robert R. Avis Trust Dated May 9, 1991 c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $284,380.00; Claim # 12; Filed: $284,380.00 Per O.E. 07/17/2017 | 7100-000 | | 355.17 | 50,258.49 |
| 07/17/2017 | 129 | The Lui Trust Dated September 27, 1994 c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $554,600.00; Claim # 13; Filed: $554,600.00 Per O.E. 07/17/2017 | 7100-000 | | 692.66 | 49,565.83 |
| 07/17/2017 | 130 | The John W. Bethea and Margaret C. Bethea | Distribution payment - Dividend paid at 0.12% of $205,320.00; Claim # 14; Filed: $205,320.00 Per O.E. 07/17/2017 Stopped on 11/20/2017 | 7100-000 | | 256.43 | 49,309.40 |
| 07/17/2017 | 131 | Dinosaur Petroleum, a California Corporation c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $273,760.00; Claim # 15; Filed: $273,760.00 Per O.E. 07/17/2017 | 7100-000 | | 341.91 | 48,967.49 |
| 07/17/2017 | 132 | The Ben and Diane Newlander Family Trust | Distribution payment - Dividend paid at 0.12% of $363,440.00; Claim # 16; Filed: $363,440.00 Per O.E. 07/17/2017 | 7100-000 | | 453.91 | 48,513.58 |
| 07/17/2017 | 133 | The Miller 1998 Revocable Trust Originally Dated | Distribution payment - Dividend paid at 0.12% of $298,540.00; Claim # 17; Filed: $298,540.00 Per O.E. 07/17/2017 | 7100-000 | | 372.86 | 48,140.72 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-26143-ER | |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC | |
| **Taxpayer ID #:** | **-***4714 | |
| **For Period Ending:** | 12/11/2017 | |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/2017 | 134 | Mark Lafayette c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $300,900.00; Claim # 18; Filed: $300,900.00 Per O.E. 07/17/2017 | 7100-000 | | 375.81 | 47,764.91 |
| 07/17/2017 | 135 | Fred S. Beaton Revocable Trust | Distribution payment - Dividend paid at 0.12% of $601,800.00; Claim # 19; Filed: $601,800.00 Per O.E. 07/17/2017 Stopped on 11/20/2017 | 7100-000 | | 751.61 | 47,013.30 |
| 07/17/2017 | 136 | The Field Family Trust Dated March 11, 1993 c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $802,400.00; Claim # 20; Filed: $802,400.00 Per O.E. 07/17/2017 | 7100-000 | | 1,002.15 | 46,011.15 |
| 07/17/2017 | 137 | William S. Renner c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $200,010.00; Claim # 21; Filed: $200,010.00 Per O.E. 07/17/2017 | 7100-000 | | 249.80 | 45,761.35 |
| 07/17/2017 | 138 | Julie A. Renner c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $200,010.00; Claim # 22; Filed: $200,010.00 Per O.E. 07/17/2017 | 7100-000 | | 249.80 | 45,511.55 |
| 07/17/2017 | 139 | Kenneth L. Hackman c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $752,250.00; Claim # 23; Filed: $752,250.00 Per O.E. 07/17/2017 Stopped on 11/20/2017 | 7100-000 | | 939.51 | 44,572.04 |

{} Asset Reference(s)      **UST Form 101-7-TDR ( 10 /1/2010)**                    ! - transaction has not been cleared

Exhibit 9
Page: 10

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:14-bk-26143-ER |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC |
| **Taxpayer ID #:** | **-***4714 |
| **For Period Ending:** | 12/11/2017 |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/2017 | 140 | Michael Meizlisch c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $377,600.00; Claim # 24; Filed: $377,600.00 Per O.E. 07/17/2017 | 7100-000 | | 471.60 | 44,100.44 |
| 07/17/2017 | 141 | Neighborhood Development Corporation, a Washington Corporation c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $749,300.00; Claim # 25; Filed: $749,300.00 Per O.E. 07/17/2017 | 7100-000 | | 935.83 | 43,164.61 |
| 07/17/2017 | 142 | The Gary Rosenblatt 2006 Trust, | Distribution payment - Dividend paid at 0.12% of $590,000.00; Claim # 26; Filed: $590,000.00 Per O.E. 07/17/2017 | 7100-000 | | 736.87 | 42,427.74 |
| 07/17/2017 | 143 | David Lawrence Rosenblatt c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $657,260.00; Claim # 27; Filed: $657,260.00 Per O.E. 07/17/2017 Stopped on 11/20/2017 | 7100-000 | | 820.88 | 41,606.86 |
| 07/17/2017 | 144 | Patricia Hughes c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $382,320.00; Claim # 28; Filed: $382,320.00 Per O.E. 07/17/2017 Stopped on 11/20/2017 | 7100-000 | | 477.49 | 41,129.37 |

Exhibit 9
Page: 11

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-26143-ER | |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC | |
| **Taxpayer ID #:** | **-***4714 | |
| **For Period Ending:** | 12/11/2017 | |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/2017 | 145 | Chung Hun Song and Soonja Song c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $315,060.00; Claim # 29; Filed: $315,060.00 Per O.E. 07/17/2017 | 7100-000 | | 393.49 | 40,735.88 |
| 07/17/2017 | 146 | Jane Mercaldi c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $545,160.00; Claim # 30; Filed: $545,160.00 Per O.E. 07/17/2017 Stopped on 11/20/2017 | 7100-000 | | 680.87 | 40,055.01 |
| 07/17/2017 | 147 | BAK Farms, Ltd., an Iowa Corporation c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $129,800.00; Claim # 31; Filed: $129,800.00 Per O.E. 07/17/2017 | 7100-000 | | 162.11 | 39,892.90 |
| 07/17/2017 | 148 | Alvin J. Meyers c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $549,880.00; Claim # 32; Filed: $549,880.00 Per O.E. 07/17/2017 Stopped on 11/20/2017 | 7100-000 | | 686.77 | 39,206.13 |
| 07/17/2017 | 149 | Ken Wang c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $100,300.00; Claim # 33; Filed: $100,300.00 Per O.E. 07/17/2017 | 7100-000 | | 125.27 | 39,080.86 |

{} Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 12

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-26143-ER | |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC | |
| **Taxpayer ID #:** | **-***4714 | |
| **For Period Ending:** | 12/11/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/2017 | 150 | Gosselin Plaza, Inc. a New Hampshire Corporation c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $633,660.00; Claim # 34; Filed: $633,660.00 Per O.E. 07/17/2017 | 7100-000 | | 791.40 | 38,289.46 |
| 07/17/2017 | 151 | AMERICAN SPECTRUM REALTY, INC. c/o Barry, Gardner & Kincannon, APC | Distribution payment - Dividend paid at 0.12% of $14,285,615.20; Claim # 35; Filed: $14,285,615.20 Per O.E. 07/17/2017 | 7100-000 | | 17,841.86 | 20,447.60 |
| 07/17/2017 | 152 | AMERICAN SPECTRUM REALTY MANAGEMENT, LLC c/o Barry, Gardner & Kincannon, APC | Distribution payment - Dividend paid at 0.12% of $16,371,988.12; Claim # 36; Filed: $16,371,988.12 Per O.E. 07/17/2017 | 7100-000 | | 20,447.60 | 0.00 |
| 07/20/2017 | 118 | State of Alabanna Department of Revenue Legal Division | Distribution payment - Dividend paid at 0.12% of $75.00; Claim # 2U; Filed: $75.00 Per O.E. 07/17/2017 Voided: check issued on 07/17/2017 | 7100-000 | | -0.09 | 0.09 |
| 07/20/2017 | 119 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 0.12% of $2,063.25; Claim # 3U; Filed: $2,063.25 Per O.E. 07/17/2017 Voided: check issued on 07/17/2017 | 7100-000 | | -2.58 | 2.67 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 13

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-26143-ER | |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC | |
| **Taxpayer ID #:** | **-***4714 | |
| **For Period Ending:** | 12/11/2017 | |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/20/2017 | 121 | Wells Fargo Bank, N.A. Business Direct Division | Distribution payment - Dividend paid at 0.13% of $2,478.32; Claim # 5; Filed: $2,478.32 Per O.E. 07/17/2017 Voided: check issued on 07/17/2017 | 7100-000 | | -3.10 | 5.77 |
| 07/20/2017 | 123 | Virginia Department of Taxation | Distribution payment - Dividend paid at 0.12% of $2,400.00; Claim # 7U; Filed: $2,400.00 Per O.E. 07/17/2017 Voided: check issued on 07/17/2017 | 7100-000 | | -3.00 | 8.77 |
| 07/20/2017 | 153 | UNITED STATES BANKRUPTCY COURT | Small Dividends | 7100-000 | | 8.77 | 0.00 |
| 11/20/2017 | 130 | The John W. Bethea and Margaret C. Bethea | Distribution payment - Dividend paid at 0.12% of $205,320.00; Claim # 14; Filed: $205,320.00 Per O.E. 07/17/2017 Stopped: check issued on 07/17/2017 | 7100-000 | | -256.43 | 256.43 |
| 11/20/2017 | 135 | Fred S. Beaton Revocable Trust | Distribution payment - Dividend paid at 0.12% of $601,800.00; Claim # 19; Filed: $601,800.00 Per O.E. 07/17/2017 Stopped: check issued on 07/17/2017 | 7100-000 | | -751.61 | 1,008.04 |

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 14

| | |
|---|---|
| **Case No.:** | 2:14-bk-26143-ER |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC |
| **Taxpayer ID #:** | **-***4714 |
| **For Period Ending:** | 12/11/2017 |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/2017 | 139 | Kenneth L. Hackman c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $752,250.00; Claim # 23; Filed: $752,250.00 Per O.E. 07/17/2017 Stopped: check issued on 07/17/2017 | 7100-000 | | -939.51 | 1,947.55 |
| 11/20/2017 | 143 | David Lawrence Rosenblatt c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $657,260.00; Claim # 27; Filed: $657,260.00 Per O.E. 07/17/2017 Stopped: check issued on 07/17/2017 | 7100-000 | | -820.88 | 2,768.43 |
| 11/20/2017 | 144 | Patricia Hughes c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $382,320.00; Claim # 28; Filed: $382,320.00 Per O.E. 07/17/2017 Stopped: check issued on 07/17/2017 | 7100-000 | | -477.49 | 3,245.92 |
| 11/20/2017 | 146 | Jane Mercaldi c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $545,160.00; Claim # 30; Filed: $545,160.00 Per O.E. 07/17/2017 Stopped: check issued on 07/17/2017 | 7100-000 | | -680.87 | 3,926.79 |
| 11/20/2017 | 148 | Alvin J. Meyers c/o LESLIE SCHWAEBE AKINS, ALC | Distribution payment - Dividend paid at 0.12% of $549,880.00; Claim # 32; Filed: $549,880.00 Per O.E. 07/17/2017 Stopped: check issued on 07/17/2017 | 7100-000 | | -686.77 | 4,613.56 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 15

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:14-bk-26143-ER | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | EVERGREEN REALTY GROUP, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4714 | Account #: | ******4266 Checking Account |
| For Period Ending: | 12/11/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/29/2017 | 154 | UNITED STATES BANKRUPTCY COURT | Notice of Unclaimed Dividends | 7100-001 | | 4,613.56 | 0.00 |
| | | | COLUMN TOTALS | | 152,500.00 | 152,500.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 152,500.00 | 152,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $152,500.00 | $152,500.00 | |

Exhibit 9
Page:  16

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:14-bk-26143-ER | **Trustee Name:** | John J. Menchaca (007950) |
| **Case Name:** | EVERGREEN REALTY GROUP, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4714 | **Account #:** | ******4266 Checking Account |
| **For Period Ending:** | 12/11/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $152,500.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $152,500.00 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******4266 Checking Account | $152,500.00 | $152,500.00 | $0.00 |
| | **$152,500.00** | **$152,500.00** | **$0.00** |